**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MAR 2 1 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00387-BNB

WARREN DANIEL CLINTON,

      Applicant,

v.

JANET NAPOLITANO, Secretary of Citizenship and Immigration,

      Respondent.

---

## ORDER OF DISMISSAL

---

      Applicant, Warren Daniel Clinton, is a prisoner in the custody of the Federal

Bureau of Prisons (BOP) who currently is incarcerated at the United States Penitentiary

Administrative Maximum in Florence, Colorado.  Mr. Clinton initiated this action by filing

a *pro se* "Oath of Abjuration" and an "Affidavit of Appointment of Fiduciary" on February

14, 2011.  Pursuant to Magistrate Judge Boyd N. Boland's Order to Cure Deficiencies,

Mr. Clinton filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.

§ 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 on March 11, 2011.  He has been granted leave to proceed *in forma*

*pauperis*.

      The Court must construe the Application liberally because Mr. Clinton is a *pro se*

litigant.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935

F.2d 1106, 1110 (10th Cir. 1991).  However, the Court should not act as a *pro se*

litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the

Application and the action will be dismissed.

In the Application, which is confusing and largely unintelligible, Mr. Clinton

asserts three claims. First, he asserts that he "lodge[d] an official and formal

Application with C.I.S. [Citizen and Immigration Services] as an Affidavit of Expatriate as

a United States Citizen and repatriate under the Republic of Florida (foreign state)

whereas constitutional guarantees are in issue under Article IV Section 4 of the United

States Constitution." Application at 3. Mr. Clinton alleges that he has a "natural and

inherent right to expatriate and self-political determination" and that Respondent has

violated this right. *Id.* Second, Mr. Clinton asserts that he sent a "hand written

application for removal and my voluntary departure (deportation) from United States

citizenship status and my voluntary deportation to the Republic of Florida, (foreign state)

North America." *Id.* Mr. Clinton alleges that he has a "right to removal" and that this

right has been violated by Respondent. *Id.* Third, Mr. Clinton asserts a claim for

"Extrajudicial Killing" in which he alleges that the federal government "become[s] the

creditor and the real person the debtor, so that the government (under the Uniform

Commercial Code) may switch rolls [sic] with the American people so as to have the

people serve and protect the government, thus killing the people spiritually, politically

and economically." *Id.* at 4. As relief, Mr. Clinton seeks "removal and deportation" to

the State of Florida. *Id.* at 5.

Mr. Clinton's attempt to effect his release from the custody of the BOP by

alleging that he has relinquished his United States citizenship in order to become a

2

State citizen of Florida is legally frivolous. Mr. Clinton is entitled to no relief on his claims as a matter of law.

A claim is frivolous if it "lacks an arguable basis either in law or fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). A legally frivolous claim rests on "an indisputably meritless legal theory," such as a claim that a non-existent legal interest has been infringed. *Id.* In addition, a claim is factually frivolous if it depicts "fantastic or delusional scenarios," *id.* at 328, or where "the facts alleged rise to the level of the irrational or the wholly incredible." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992). Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court authorizes a district court to conduct an initial screening of petitions and to dismiss unworthy requests for habeas corpus relief. *See* Rule 4. Rule 4 has also been found to permit *sua sponte* dismissal of a habeas petition that raises legally frivolous claims or factual allegations that are palpably incredible or false. *See, e.g., Mayle v. Felix*, 545 U.S. 644, 655 (2005) (citing Advisory Committee's Note on Habeas Corpus Rule 4 which requires the petition "to state facts that point to a real possibility of a constitutional error"); *see also Montero v. Bush*, 107 Fed. Appx. 180, 181 (10th Cir. Aug. 11, 2004) (unpublished opinion) (dismissing a petition brought pursuant to § 2241 as "fantastic[,] delusional and factually frivolous."). The Court finds that Mr. Clinton's allegations regarding his legal status as a citizen of "the Republic of Florida (foreign state)" are factually frivolous because they are "wholly incredible." *Denton*, 504 U.S. at 33. Accordingly, it is

ORDERED that the application and the action are dismissed with prejudice as legally frivolous. It is

3

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this _21st_ day of ___March_____, 2011.

BY THE COURT:


____s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  11-cv-00387-BNB

Warren Daniel Clinton
Reg. No. 88766-020
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on March 21, 2011.


GREGORY C. LANGHAM, CLERK


By:_____
Deputy Clerk